**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00860-CR

### RONALD PETER GRINDHEIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F04-48306-X

## ORDER

The Court **REINSTATES** this appeal.

In his brief, appellant asserts the State introduced appellant's judicial confession as Exhibit no. 1 in support of the motion to revoke community supervision. The reporter's record does not contain any exhibits and the document reflecting appellant's plea of true references only psychological evaluation and counseling and not appellant's failure to seek substance abuse treatment. Appellant further asserts there is no document reflecting appellant's plea of true to failing to seek substance abuse treatment. Therefore, on October 17, 2013, we ordered the trial court to make findings regarding the record.

We **ADOPT** the trial court's findings that: (1) State's Exhibit no. 1 is at pages 56 and 57 of the clerk's record; (2) the document includes language that the judicial incorporates by

reference the allegations made against appellant in the motion before the Court; and (3) the trial court discerned nothing to indicate the clerk's record lacks any other document that should be included regarding the revocation hearing.

At the time the appeal was abated, the State's brief was not yet due. Accordingly, we **ORDER** the State to file its brief within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
         JUSTICE